MISSOURI–ILLINOIS BARGE LINE COMPANY, Appellant,

v.

HELENA MARINE SERVICE, INC., and MOTOR VESSEL ROSALEE GRIMES, etc., Appellees.

No. 75–1290.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 12, 1976.

Decided Jan. 14, 1976.

John C. Shepherd, St. Louis, Mo., for appellant.

Robert M. Contois, New Orleans, La., for appellees.

Before HEANEY, ROSS and WEBSTER, Circuit Judges.

ORDER OF AFFIRMANCE

After a careful consideration of the record and briefs and arguments of the parties, the Court affirms the judgment of the District Court on the basis of its unpublished opinion. *Missouri-Illinois Barge Line Company v. Helena Marine Service, Inc., et al.,* 406 F.Supp. 1261 (E.D.Ark.1975).

Melvin George BROWN, Petitioner,

v.

Robert F. PARRATT, Warden, Respondent.

No. 75–1810.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 10, 1976.

Decided Feb. 18, 1976.

Ralph P. Bassett, Jr., Lincoln, Neb., for petitioner.

Ralph H. Gillan, Asst. Atty. Gen., Paul L. Douglas, Atty. Gen., Lincoln, Neb., for respondent.

Before LAY, HEANEY and STEPHENSON, Circuit Judges.

PER CURIAM.

Melvin George Brown, a Nebraska state prisoner appeals from a denial of a petition for writ of habeas corpus. Brown alleges that (1) he was denied a speedy trial by the state's failure to try him for armed robbery while he was incarcerated in a Canadian prison; (2) he was denied due process by admission of prejudicial evidence; and (3) he was denied the right of confrontation by admission of a *res gestae* statement. The district court, The Honorable Warren Urbom presiding, fully reviewed the evidence and contentions raised. After review of the entire proceedings, we affirm the denial of the writ on the basis of Judge Urbom's well reasoned opinion. 406 F.Supp. 1357 (D.Neb.1976).

Judgment affirmed.